**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IVAN CASTELLANOS MACHADO** ) | Civil Action No. 2:26-cv-07555 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| BLANCHE, et al., ) | |
| Defendant, ) | |

**TO: CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Castellanos Machado hereby gives notice of the voluntary dismissal of the above-captioned action without prejudice, as Defendants have not yet served an answer or a motion for summary judgment.

The underlying administrative matter (Form I-485 Application to Register Permanent Residence or Adjust Status) has been favorably adjudicated by United States Citizenship and Immigration Services (USCIS), and Plaintiff has been granted Lawful Permanent Resident status.

Consequently, the relief sought in Plaintiff's Complaint/Petition for Writ of Mandamus has been obtained, rendering the present action moot.

Respectfully submitted,

Stephanie M. Duque Isern, Esq.
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system.

08/26/2026
Date

Stephanie M. Duque Isern, Esq.

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 27, 2026